UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Gateway Construction Company, LLC.**<br>3645 Maketplace Blvd.<br>Suite 130−576<br>Atlanta, GA 30344 | Case No.: **22−52919−jwc**<br>Chapter: **7**<br>Judge: **Jeffery W. Cavender** |

20−8031711

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Kyle A. Cooper**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated:  April 12, 2023
Form 184